JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MISTY LEANNE BECK,

              Petitioner,

     v.

WARDEN FCI VICTORVILLE MEDIUM I,

              Respondent.

Case No. 5:26-cv-00163-AB-PD

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  May 29, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE